IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE JUAN GARCIA, #01129088, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:23-CV-1387-G-BK |
| DIRECTOR, TDCJ-CID, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a

recommendation in this case.  No objections were filed.  The court reviewed the

proposed findings, conclusions, and recommendation for plain error.  Finding none,

the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge.

**SO ORDERED**.

February 14, 2024.

_____
A. JOE FISH
Senior United States District Judge